UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHELLEY UPTAIN TURNER,

    Petitioner,

v.

STATE OF OREGON, et al.,

    Respondents.

Case No. 3: 16-cv-00314-CL

OPINION AND ORDER

**MCSHANE, Judge**:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation ("F&R"), ECF No. 44, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Petitioner timely filed objections to the F&R. ECF No. 46. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude that the F&R is correct. Judge Clarke's F&R is adopted in full. Consistent with Judge Clarke's F&R, Ms. Turner's Petition for Writ of Habeas Corpus is DENIED and this case DISMISSED with prejudice. Petitioner's request for a Certificate of Appealability is DENIED.

IT IS SO ORDERED.

DATED this 28th day of June, 2018.

    /s/ Michael McShane_____
    Michael J. McShane
    United States District Judge